## MOTION DOCKET

**94–2198.** State ex rel. Rogers v. Cleveland City School Dist. Bd. of Edn. *Cuyahoga County,* No. 67420. On request for oral argument. Request denied.

**95–112.** State v. Benge. *Butler County,* No. CA93–06–116. On motion to supplement the record. Motion granted.

F.E. SWEENEY, J., dissents.

**95–249.** Duncan v. Chippewa Twp. Trustees. *Wayne County,* No. CA–2833. On motion to supplement the record. Motion granted.

F.E. SWEENEY, J., dissents.

COOK, J., not participating.

**95–425.** State ex rel. S.E. Johnson Cos. v. Indus. Comm. In Mandamus. On motion to dismiss by Industrial Commission of Ohio. Motion denied.

RESNICK, J., not participating.

**95–639.** State ex rel. Jackson v. Indus. Comm. In Mandamus. On answer of respondent. *Sua sponte,* alternative writ granted.

MOYER, C.J., WRIGHT and RESNICK, JJ., dissent and would dismiss the cause.

**95–659.** State ex rel. Buoscio v. Seventh Dist. Court of Appeals for Mahoning Cty. In Mandamus. *Sua sponte,* alternative writ granted.

RESNICK, J., dissents and would dismiss the cause.

**95–663.** State v. Nathan. *Allen County,* No. 1–94–44. On motion for leave to file delayed appeal. Motion granted.

DOUGLAS, WRIGHT and F.E. SWEENEY, JJ., dissent.

**95–670.** State v. Azizhakim. *Cuyahoga County,* No. 68350. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**95–673.** State v. White. *Hamilton County,* No. C–930711. On motion for leave to file delayed appeal. Motion granted.

DOUGLAS, WRIGHT and F.E. SWEENEY, JJ., dissent.

**95–678.** State ex rel. Buoscio v. Seventh Dist. Court of Appeals for Mahoning Cty. In Mandamus. *Sua sponte,* alternative writ granted.

RESNICK, J., dissents and would dismiss the cause.

**95–702.** State v. Niehaus. *Hamilton County,* No. C–930491. On motion for leave to file delayed appeal. Motion denied.